John Wilson v. The State.

No. 9352.   Delivered June 24, 1925.

Manufacturing—Intoxicating Liquor—Plea of Guilty.

The record is before us without bills of exception or statement of facts. The indictment and charge of the Court is found correct, and discloses that appellant entered a plea of guilty, and the judgment will be affirmed.

Appeal from the District Court of Smith County.   Tried below before the Hon. J. R. Warren, Judge.

Appeal from a conviction of manufacturing intoxicating liquor; penalty, one year in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, Judge.—Appellant was convicted in the district court of Smith County of manufacturing intoxicating liquor, and his punishment fixed at one year in the penitentiary.

The record is before us without bills of exception or statement of facts.   The indictment charges the offense in correct form, and the charge of the court is correct in a case of a plea of guilty such as appears in this record.

The judgment will be affirmed.

*Affirmed.*